Case 2:17-sw-00574-KJN   Document 3   Filed 07/05/17   Page 1 of 2

SEALED



FILED
JUL 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 620-719-7612 AND 620-238-4185

CASE NO. 2:17-SW-0057 4 KJN

[~~PROPOSED~~] ORDER DELAYING NOTICE

**UNDER SEAL**

   The United States has represented that there exists an ongoing investigation into the extortion and sexual exploitation of a minor, signed July 5, 2017, which authorized agents of Federal Bureau of Investigation to ascertain the physical location of the T-Mobile and Verizon Wireless cellular telephones currently assigned: 620-719-7612, and 620-238-4185 ("TARGET CELL PHONES"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONES (the "Requested Information"), for a period of 30 days.

   The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

   Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

///

///

///

ORDER DELAYING NOTICE                    1

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: July 5, 2017

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

ORDER DELAYING NOTICE                                       2