**SEALED FILED**

JUL 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 620-719-7612 AND 620-238-4185 | CASE NO. 2:17-SW-00574 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 5, 2017

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                            1